pany v. Clark Williams, as Comptroller of the State of New York.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

Harvey A. Shaw, Respondent, v. Julia A. Lee and Horton A. Lee, Appellants.— Order denying motion for new trial affirmed, with ten dollars costs and disbursements. All concurred.

Harvey A. Shaw, Respondent, v. Julia A. Lee and Horton A. Lee, Appellants.— Judgment of foreclosure and sale affirmed, with costs to plaintiff. All concurred.

John B. Spotten, Appellant, v. William W. De Freest, Impleaded with Robert E. Stover, Respondent.— Order reversed and motion denied, without costs of motion or of appeal. All concurred.

Leonard H. Shipman, as Receiver of the F. Gray Company, Appellant, v. George Curtis Treadwell and Wilhelmina Walters Collins, Respondents. — Order modified so far as to allow to the plaintiff disbursements made for certified copy of records, and as so modified affirmed, without costs. All concurred, except Betts, J., who voted for affirmance.

Ralph E. Thompson, Respondent, v. John L. Mallett, Appellant.— Judgment and order unanimously affirmed, with costs.

Charles M. Walrath, Respondent, v. Hanover Fire Insurance Company, Appellant.— Reargument ordered.

William H. Yager, as Sole Surviving Member of the Firm of W. H. Yager & Company, Appellant, v. Joe Reichelson, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff on payment of the costs in this court and in the court below to withdraw the demurrer to defendant's counterclaim and reply thereto. All concurred.

Grace Baxter, Respondent, v. Mary C. Guiton, Appellant.— Judgment affirmed, with costs. All concurred, except Smith, P. J., not voting.

John M. Bouck, Appellant, v. Eli C. Mosher, Respondent.— Motion denied, without costs.

Alfred Cossman, Appellant, v. Chenango Silk Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Houghton, J., dissenting.

Agnes M. Conrow, Respondent, v. Albert S. Conrow, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred; Lyon, J., not sitting.

Cruver Manufacturing Company, Appellant, v. William Spooner, Respondent.— Order modified by providing as a condition of leave granted to defendant to amend his answer on payment of all costs from the time the former answer was served to the making of the motion, including costs of appeal from the former judgment, and as so modified affirmed, with ten dollars costs and disbursements of this appeal to appellant. All concurred.

Elizabeth De Paris, Respondent, v. The Rutland Railroad Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to defendant to abide the event of the action. All concurred, except Betts, J., dissenting.